# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 688 |
| | : | |
| REAPPOINTMENT TO JUVENILE COURT | : | SUPREME COURT RULES DOCKET |
| PROCEDURAL RULES COMMITTEE | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM:**

**AND NOW**, this 25th day of January, 2016, Tiffany Elizabeth Sizemore-Thompson, Esquire, Allegheny County, is hereby reappointed as a member of the Juvenile Court Procedural Rules Committee for a term of three years commencing February 1, 2016.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.